**ORIGINAL**

ENTERED

JUN - 3 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700 Fax: (818) 933-5755

FILED

JUN - 3 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

IN RE:                                    )    CHAPTER 13
                                          )    CASE NO. SV10-14105-GM
Voncina Stafford                          )
                                          )    **ORDER DISMISSING CHAPTER 13**
                                          )    **PETITION DUE TO FAILURE OF**
                                          )    **DEBTOR(S) TO APPEAR AT THE 341(a)**
                                          )    **MEETING OF CREDITORS AND/OR TO**
                                          )    **MAKE PRE-CONFIRMATION**
                                          )    **PAYMENTS**
                                          )
                    DEBTOR    )

    Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed to appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

    ORDERED:

    1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

    2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: **JUN - 3 2010**

_____
Geraldine Mund
U. S. Bankruptcy Judge

1   Elizabeth Rojas, Chapter 13 Trustee
    15060 Ventura Blvd., Suite 240
2   Sherman Oaks, CA 91403
    (818) 933-5700  Fax: (818) 933-5755
3

4                   UNITED STATES BANKRUPTCY COURT
                    CENTRAL DISTRICT OF CALIFORNIA
5                   SAN FERNANDO VALLEY DIVISION

6   IN RE:                              )   CHAPTER 13
                                        )   CASE NO. SV10-14105-GM
7   Voncina Stafford                    )
                                        )
8                                       )   **PROOF OF SERVICE BY MAIL**
                                        )
9                         DEBTOR        )
                                        )
10  _____

11                          PROOF OF SERVICE

12
        I declare under penalty of perjury that I am over the age of eighteen years and not a party to the
13  within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura
    Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 5/27/2010 I served the following document(s):
14  ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR
    AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing
15  a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States
    Mail addressed as follows:
16  Voncina Stafford                      Ms. Jennifer Braun
    12335 Sunrise Rodge Rd                Assistant United States Trustee
17  Sylmar, CA 91342                      Department of Justice
                                          21051 Warner Center Lane, #115
18                                        Woodland Hills, CA 91367-1367

19

20  Executed at Sherman Oaks, California on May 27, 2010.

21
                                _____
22                              *Gisele Dorsey*

23                              Gisele Dorsey

24

25

26

27

28